# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 13-74722-pmb |
| GEORGE ANTHONY TAYLOR, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

## MOTION TO ALLOW COMPROMISE OF CLAIM AND APPLICATION FOR COMPENSATION OF DEBTOR'S COUNSEL

COMES NOW THE DEBTOR in the above-styled Chapter 13 case, by and through counsel, and files this "Motion to Allow Compromise of Claim and Application for Compensation of Debtor's Counsel ("Motion") pursuant to 11 U.S.C. § 329, showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1334, 28 U.S.C. § 151, and 28 U.S.C. § 157.

2.

This Court is the proper venue for this matter pursuant to 28 U.S.C. § 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. § 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code November 12, 2013 and is eligible for relief under 11 U.S.C. § 109.

5.

Debtor's counsel brought the instant action for the purpose of pursuing a claim against Resurgent Capital Services, L.P. ("Resurgent") for alleged violations of the Fair Debt Collection

Practices Act (15 U.S.C. § 1692 et seq.). Resurgent denies any and all liability as to the Debtor's claim.

6.

Debtor's Counsel has reached a settlement agreement to resolve the Debtor's claim as against Resurgent. The proposed settlement includes disallowance of the proof of claim giving rise to Debtor's complaint, Proof of Claim No. 8, Proof of Claim No. 9 and Proof of Claim No. 12 and payment of $500.00 to the Debtor, and is made in order to resolve this matter in a cost-effective and expedient manner; to avoid the costs, delay and uncertainty of litigation; and in the interest of concluding all the issues presented in the adversary proceeding.

7.

In addition to the amounts paid to Debtor, Resurgent has agreed to pay an additional $1,357.14 in fees and costs to Debtor's Counsel.

8.

Debtor and Debtor's Counsel contend that the fees and costs being paid by Resurgent are reasonable under the circumstances of the case including the amount of time and effort put into the matter, the nature of the claim, the tangible and intangible results obtained, and the experience and expertise of Debtor's Counsel.

9.

Debtor proposes to retain $500.00 of the proceeds payable to Debtor for unanticipated expenses.

WHEREFORE, Debtor prays:

(a) That this Motion be filed, read, and considered;

(b) That this Honorable Court grant this Motion; and,

(c) That this Honorable Court grant such further relief as it may deem just and proper.

Respectfully submitted,

/s/
Carrie Oxendine
GA Bar No. 141478
Attorney for Debtor
BERRY AND ASSOCIATES
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
(404) 235-3300
Carrie@mattberry.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 13-74722-pmb |
| GEORGE ANTHONY TAYLOR, | ) |
| | ) CHAPTER 13 |
| Debtor. | ) |

**NOTICE OF ASSIGNMENT OF HEARING**

**PLEASE TAKE NOTICE** that the above referenced Debtor has filed a "Motion to Allow Compromise of Claim and Application for Compensation of Debtor's Counsel" ("Motion") and related papers with the Court seeking an order on the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, on **January 5, 2017** at **10:00 a.m.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: November 16, 2016                    /s/
                                            Carrie Oxendine
                                            GA Bar No. 141478
                                            Attorney for the Debtor
                                            BERRY & ASSOCIATES
                                            2751 Buford Highway, Suite 600
                                            Atlanta, GA 30324
                                            (404) 235-3300
                                            carrie@mattberry.com

## CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street NW
Suite 200
Atlanta, GA  30303

George A. Taylor
2205 Sandgate Circle
College Park, GA 30349

US Trustee
362 Richard Russell Building
75 Ted Turner Dr.
Atlanta, GA  30303

(Plus all Creditors on attached Creditor Mailing Matrix)

This the 17th day of November, 2016.

/s/
Carrie Oxendine
GA Bar No. 141478
Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 13-74722-pmb<br>Northern District of Georgia<br>Atlanta<br>Wed Nov 16 14:49:47 EST 2016 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | Asset Acceptance LLC<br>Po Box 2036<br>Warren, MI 48090-2036 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Benfcl/hfc<br>Po Box 3425<br>Buffalo, NY 14240-3425 | Matthew Thomas Berry<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway<br>Atlanta, GA 30324-5457 |
| Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Karrollanne K. Cayce * (T)<br>Aldridge Pite, LLP<br>Suite 500 - Fifteen Piedmont Center<br>3575 Piedmont Road, NE<br>Atlanta, GA 30305-1636 | Elizabeth A. Childers<br>McCurdy and Candler<br>Six Piedmont Center - Suite 700<br>3525 Piedmont Road NE<br>Atlanta, GA 30305-1578 |
| Chrysler Credit/TD Auto Finance<br>Attn: Bankruptcy<br>PO Box 551080<br>Jacksonville, FL 32255-1080 | Chrysler Financial Services Americas LLC<br>c/o MacDowell & Associates<br>PO Box 450849<br>Atlanta, GA 31145-0849 | Chrysler Financial/TD Auto Finance<br>Attn: Bankruptcy Dept<br>PO Box 551080<br>Jacksonville, FL 32255-1080 |
| Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| Fia Csna<br>4060 Ogletown/stanton Rd<br>Newark, DE 19713 | Firstbkde/cf<br>5301 Limestone Rd.<br>Suite 106<br>Wilmington, DE 19808-1251 | Adam M. Goodman<br>Adam M. Goodman, 13 Trustee<br>Suite 200<br>260 Peachtree Street<br>Atlanta, GA 30303-1236 |
| HSBC Bank USA, National Association<br>c/o Ocwen Loan Servicing, LLC.<br>Attn: Bankruptcy Department<br>P.O. Box 24605<br>West Palm Beach, FL 33416-4605 | Hsbc Bank<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| P. Nicholas Johnson<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway<br>Atlanta, GA 30324-5457 | LVNV Funding LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | Merrick Bank<br>c/o Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC  29603-0368 |
| Ciro A. Mestres<br>Aldridge Pite, LLP<br>Suite 500 - Fifteen Piedmont Center<br>3575 Piedmont Road, NE<br>Atlanta, GA 30305-1636 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | OCWEN LOAN SERVICING, LLC<br>Aldridge Connors LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Rd NE Ste 500<br>Atlanta, GA 30305-1636 |
| Ocwen<br>PO Box 6440<br>Carol Stream, IL 60197-6440 | Carrie L Oxendine<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway<br>Atlanta, GA 30324-5457 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

```
John D. Schlotter                       Susan H. Shiptenko                   TD AUTO FINANCE
Aldridge Pite, LLP                      Matthew T. Berry & Associates        C/O MACDOWELL & ASSOCIATES LTD.
Fifteen Piedmont Center Suite 500       Suite 600                            P.O. BOX 450849
3575 Piedmont Rd., NE                   2751 Buford Highway                  ATLANTA, GEORGIA 31145-0849
Atlanta, GA 30305-1636                  Atlanta, GA 30324-5457


George Anthony Taylor                   Tribute                              U. S. Attorney
2205 Sandgate Circle                    Pob 105555                           600 Richard B. Russell Bldg.
College Park, GA 30349-4370             Atlanta, GA 30348-5555                75 Spring Street, SW
                                                                             Atlanta GA 30303-3315



Wachovia Bank Vasf/Wells Fargo
PO Box 31557
MAC B6955-01B
Billings, MT 59107-1557
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank Of America                         Portfolio Recovery Associates, LLC
Attention: Recovery Department          POB 41067
4161 Peidmont Pkwy.                     Norfolk VA 23541
Greensboro, NC 27410
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Asset Acceptance LLC                 (u)HSBC Bank USA, National Association   (u)JPMorgan Chase Bank National Association
Po Box 2036
Warren MI 48090-2036
```

End of Label Matrix
Mailable recipients    36
Bypassed recipients     3
Total                  39